IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KEVEN TOOCOLE TAYLOR**                                                  **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 1:24-cv-00314-RPM**

**UNKNOWN BOBO, et al.**                                                **DEFENDANTS**

## **FINAL JUDGMENT**

In accordance with the Court's Order issued this date and incorporated herein by reference, and pursuant to the requirement of a separate Final Judgment under Federal Rule of Civil Procedure 58,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [27] for Summary Judgment filed by Defendant Sergeant Unknown Bobo is **GRANTED**. Plaintiff Keven TooCole Taylor's claims against all Defendants are **DISMISSED WITH PREJUDICE.**

This case is **CLOSED**.

**SO ORDERED AND ADJUDGED,** this 13th day of March, 2026.

                                                       /s/ *Robert P. Myers, Jr.*
                                                       ROBERT P. MYERS, JR.
                                                       UNITED STATES MAGISTRATE JUDGE